AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.

Miguel Angel Hernandez-Flores

A076 135 852
AKA: Miguel Hernandez Flores
Miguel Hernandez

IAE    YOB: 1978
the United Mexican States
(Name and Address of Defendant)

United States District
Southern District of ...
FILED

NOV 2 9 2014

Clerk of Court

## CRIMINAL COMPLAINT

Case Number: M-14-2266-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 28, 2014** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Miguel Angel Hernandez-Flores was encountered by Border Patrol Agents near Rio Grande City, Texas on November 28, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 28, 2014, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, for the second (2nd) time, on November 13, 2014, through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 3, 2014, the defendant was convicted of 8 USC 1326 Illegal Reentry of a Deported Alien After Conviction for an Aggravated Felony and sentenced to twelve (12) months and one (1) day confinement and one (1) year supervised release term.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

**November 29, 2014**

**Signature of Complainant**
Nicolas Cantu    Senior Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer